IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREEHOLD CARTAGE, INC. and
ACE AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.                                                          Case No. 1:12-cv-65-SPM-GRJ

TOWNE AIR FREIGHT, LLC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court upon the Defendant Towne Air Freight, LLC's Motion for Extension of Time and Reply to Plaintiffs' Request for Fees in Their Motion to Compel Response to First Request for Production. (Doc. 21.) The Court previously ruled that Plaintiffs' motion to compel was moot following Defendant's production of the requested documents, but ordered Defendant to respond to Plaintiffs' request for attorney's fees incurred in bringing the motion to compel. (Doc. 20.) Defendant now requests a one-week extension of time to respond to the request for fees. Defendant states that it has conferred with Plaintiffs' counsel regarding voluntary waiver of Plaintiffs' fee request, but that Plaintiffs' counsel has been affected by Hurricane Sandy and has been unable to resolve that issue to date. Defendant also asks the Court to consider its good faith efforts to comply with Plaintiffs' discovery requests. Defendant's counsel represents that Plaintiffs' counsel has no objection to the requested extension of time.

Upon due consideration, it is **ORDERED**:

(1)    Defendant Towne Air Freight, LLC's Motion for Extension of Time and Reply to Plaintiffs' Request for Fees in Their Motion to Compel Response

to First Request for Production (Doc. 21) is **GRANTED.**

(2) The deadline for responding to Plaintiffs' request for attorney's fees is extended to **November 14, 2012**.

(3) Defendant Towne Air Freight, LLC's Motion for Extension of Time and Reply to Plaintiffs' Request for Fees in Their Motion to Compel Response to First Request for Production (Doc. 22), which appears to be a duplicate of Doc. 21, is **DENIED as moot**.

**DONE AND ORDERED** this 6th day of November 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge