IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREEHOLD CARTAGE, INC., and
ACE AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.                              CASE NO.: 1:12cv65-SPM/GRJ

TOWNE AIR FREIGHT, LLC,

    Defendant.

_____/

## ORDER

This cause comes before the Court upon the Plaintiff's Unopposed Motion for Extension of Time in which to Serve Rebuttal Expert Disclosure (doc. 25). Upon consideration and pursuant to Fed.R.Civ.P. 6 (b)(1) it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 25) is granted.

2.    The Parties shall have until December 14, 2012, to serve the expert disclosure of its rebuttal expert. The discovery deadline of December 21, 2012 remains.

SO ORDERED this 29th day of November, 2012.

                                *S/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Senior United States District Judge