IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREEHOLD CARTAGE, INC. and
ACE AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.                                                Case No. 1:12-cv-65-SPM-GRJ

TOWNE AIR FREIGHT, LLC,

    Defendant.

_____/

## O R D E R

This matter is before the Court upon the parties' Joint Motion for Extension of Time to Complete Discovery and Motion for Extension of Time to File Dispositive Motions, and Plaintiffs' Motion to Compel Better Answers to Interrogatories and Second Request for Production. (Docs. 31, 32.) Both motions were filed on December 21, 2012. Later that same day, Plaintiffs filed a Notice with the Court, withdrawing both pending motions.

Upon due consideration, it is **ORDERED**:

(1)    The parties' Joint Motion for Extension of Time to Complete Discovery and Motion for Extension of Time to File Dispositive Motions (Doc. 31) is **DENIED as moot.**

(2)    Plaintiffs' Motion to Compel Better Answers to Interrogatories and Second Request for Production (Doc. 32) is **DENIED as moot.**

**DONE AND ORDERED** this 26th day of December 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge